**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICA'S GARDENING RESOURCE, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11180 (BLS)<br><br>(Jointly Administered) |
| AMERICA'S GARDENING RESOURCE, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Adv. Pro. No.: 26-50033 (BLS) |

**NOTICE REGARDING SETTLEMENT AGREEMENT**
**BETWEEN THE PLAN ADMINISTRATOR AND META PLATFORMS, INC.**

1. Having engaged in good faith, arm's length settlement negotiations in an effort to resolve the above-captioned adversary proceeding (the "Adversary Proceeding"), Nancy A. Washington, solely in her capacity as the Plan Administrator (the "Plan Administrator") of the above-captioned debtors (collectively, the Debtors") and Meta Platforms, Inc. ("Meta," and together with the Plan Administrator, the "Parties"), have entered into a confidential settlement agreement (the "Settlement Agreement"), effective as of August 6, 2026.

2. In accordance with the Settlement Agreement, the Parties intend to jointly execute and file a Stipulation of Voluntary Dismissal which will fully and finally resolve this Adversary

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: America's Gardening Resource, Inc. (9604); Gardener's Home LLC (498); IGH, Inc. (9336); Serac Corporation (9800); Innovative Gardening Solutions, Inc. ( 3325). The location of the Debtors' corporate headquarters and the Debtors' service address in these chapter 11 cases is 128 Intervale Road, Burlington, Vermont 05401.

Proceeding.

Dated: August 13, 2026
Wilmington, Delaware

**CONNELL FOLEY LLP**

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
1000 North West Street
Wilmington, Delaware 19801
Telephone: (302) 679-4297
Email: kearle@connellfoley.com

-and-

Robert K. Malone (admitted *pro hac vice*)
Brett S. Theisen (admitted *pro hac vice*)
Kyle P. McEvilly (admitted *pro hac vice*)
56 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
E-mail: rmalone@connellfoley.com
btheisen@connellfoley.com
kmcevilly@connellfoley.com

*Counsel to Nancy A. Washington, solely in her capacity as the Plan Administrator*